J. Kaplan and J. Dunitz, copartners, trading as Young Knitting Mills, appellees, v. L. H. Ruehl & Company, Inc., appellant. Gen. No. 28,136.

Suit for purchase price of goods, acceptance having been refused as not being according to agreement. Judgment for plaintiffs. Appeal from the County Court of Cook county; the Hon. F. S. Righeimer, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 20, 1924.

Robert E. Turney, for appellant. Levinson & Hoffman, for appellees; Avern B. Scolnik, of counsel.

Mr. Justice Thomson delivered the opinion of the court.